**Order entered October 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00792-CV

**ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER A/K/A EAST TEXAS MEDICAL CENTER, Appellant**

**V.**

**THE ESTATE OF THERESA FREEMAN, BY AND THROUGH RADONDA ELLIS, AS INDEPENDENT EXECUTOR AND LEWIS EDMOND CREED, JR., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 99320-422**

## ORDER

Before the Court is the September 27, 2018 motion of appellee The Estate of Theresa Freeman for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 26, 2018**.


/s/    ADA BROWN
        JUSTICE